UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JAMES W. GANN, JR.                  ]
        Petitioner,                 ]
                                    ]        GENERAL DOCKET
v.                                  ]        No. 3:13-mc-0069
                                    ]        Judge Trauger
JERRY LESTER, WARDEN                ]
        Respondent.                 ]


O R D E R


The Court has before it a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The petitioner has neglected, however, to either pay the fee required for the filing of the petition or submit a properly completed application to proceed in forma pauperis.

Accordingly, the petitioner is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the Clerk of Court the full filing fee of five dollars ($5.00) or submit an application to proceed in forma pauperis. For petitioner's convenience, the Clerk will provide the petitioner with a blank application to proceed in forma pauperis along with a copy of Administrative Order No. 93.

The petitioner is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not interested in pursuing this

matter and will dismiss the case for want of prosecution. Rule 41(b), Fed.R.Civ.P.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge